# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

*"THIS IS AN ARBITRATION CASE"*

Case No. _2021 SC 5/5_

| Plaintiff(s) | Defendant(s) |
|---|---|
| Randy Norwood | Kim Czerniak |

**SERVE:**
Name: Kim Czerniak
Address: 37W755 Rt. 38, Suite B
City, State & Zip: St. Charles, IL

**File Stamp:**
Theresa E. Barreiro
Clerk of the Circuit Court
Kane County, IL
MAR 31 2021
FILED 87
ENTERED

Amount Claimed $85,000

Pltf. Atty: Randy Norwood
Atty. Registration No.: PRO SE / PER SE
Address: 37W755 Rt. 38, Suite B
City, State and Zip: St. Charles, IL 60175
Attorney E-mail: ____

Add. Pltf. Atty: ____
Atty. Registration No.: ____
Address: ____
City, State and Zip: ____
Attorney E-mail: ____

## SUMMONS

To the above named defendant(s):

☐ **A.** You are hereby summoned and required to appear before this court in room _____ of the
☐ Kane County Judicial Center, 37W777 Rt. 38, St. Charles, IL 60174 ☑ Kane County Court House, 100 S. 3rd Street, Geneva, IL 60134 ☐ Aurora Branch Court, 1200 E. Indian Trail, Aurora IL 60505 ☐ Elgin Branch Court, 150 Dexter Ct., Elgin IL 60120 ☐ Carpentersville Branch Court, 1200 L.W. Besinger Dr., Cville, IL 60110 ☑ Kane County Branch Court, 530 S. Randall Rd., St. Charles, IL at _____ __ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☑ **B.** You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ **C.** You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

**TO THE SHERIFF OR OTHER PROCESS SERVER:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

WITNESS, _March 31, 2021_ (date)
Theresa E. Barreiro

Form 166-A (11/12)  White - Original Clerk  Yellow - Original Service to Clerk  Pink - Defendant  Gold - Attorney

Exhibit A

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. **20 L 585**

| Plaintiff(s): **NORWOOD** | Defendant(s): **WEXFORD** | Clerk of the Circuit Court Kane County, Illinois |
|---|---|---|
| Plaintiff(s) Atty.: **PRO SE** | Defendant(s) Atty.: **NO APPEARANCES** | Mar 08, 2021 — CIC/SB — FILED/IMAGED |
| Judge: **MURPHY** | Court Reporter: | Deputy Clerk: |

A copy of this order ☒ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other **PRO SE PLAINTIFF**

Plaintiff present in Open Court ☐ Yes ☒ No   Defendant present in Open Court ☐ Yes ☒ No

## ORDER

☒ CONTINUANCE  ☐ JUDGMENT  ☒ MISC.

THE COURT BEING FULLY ADVISED IN THE PREMISES:

It is ordered:
On motion of **COURT** that this cause be continued in room **340 VIA ZOOM** of the Kane County Courthouse, 100 S. Third St., Geneva, IL
at **9:00 AM** m. on **04/23/21**.
Judge **MURPHY**

☐ _____ MUST APPEAR

For:
☐ Hearing on Motion/Petition For/To: _____

☐ Default/Judgment
☒ Dismiss/setting
☐ Proof of damages
☐ Trial
☐ Other (describe) _____

It is ordered as follows:
☐ Dismissed without prejudice and strike pending dates.
☐ Dismissed with prejudice and strike pending dates.
☐ Judgment to enter:
  ☐ By default
  ☐ Upon trial or hearing
  ☐ Defendant having admitted liability
  ☐ Proof of damages made
  ☐ Proof of reasonable attorney's fees made
☐ Strike pending dates
☐ Discharge Rule to Show Cause
☐ Dismiss citation
☐ Alias _____ to issue
In favor of _____
and against _____
in the amount of _____, costs of _____ and Attorney's fees of _____

☒ Misc. Orders:
Plaintiff did not appear on initial status date on 2/23/21. Court file indicates that no summons has been issued or served upon defendant(s). The file also indicates that plaintiff has requested and been sent various forms in Jan. 2021. The court approved by separate order plaintiff's application for waiver of court fees. That order does not yet appear in the court file. The case is set above for a status report to the court. Plaintiff may report by letter to the clerk at least 1 week prior as to the status and his plan for this case. If he reports by letter or if there is new activity in the court file, there is no need to appear via zoom. The court will review the court file for the status.

Date: _____

Judge: _/s/ James R. Murphy_    Murphy, James   Mar 5 2021 3:57 PM

RECEIPT ACKNOWLEDGED: _____ DocuSign

P2-SC-001 (05/11)

Claim.

20 L 585

This claim arises Under Color of State Law. Randy Norwood is a citizen of The United States of America who at all times of this occurance was confinded at the Kane County Adult Justice Center. And all named Defendants in this matter had Knowledge that my Eighth and Fourteenth Amendments of The United States Constitution and Article 1 Section 2 of The Illinois Constitution were being violated.

At all relevant times Plaintiff was confined by the Kane County Sheriff at the Kane County Adult Justice Center (KCAJC), since Jan 6, 2020 while in custody I alerted medical at intake screening of swelling and severe pain in my right upper wisdom tooth. Then on Jan 8, 2020 I again alerted medical via Kiosk, that I have a broken tooth that is causing extreme pain (verbatim). I was not evaluated by a dentist (Dr. John Doe) until Feb 25, 2020 at which point I was diagnosed with an abscessed

Page 1 of 8

JAMES R. Murphy

Clerk of the Circuit Court
Kane County, IL
NOV 19 2020
FILED 087
ENTERED

NOTICE
BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE BEFORE THE ABOVE NAMED JUDGE
ON 2·23·21
AT 9:00 A.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

tooth and told that I would be scheduled for oral surgery after waiting "Forty-Nine" days to see the dentist after several grievances. My tooth is still causing me pain, sleepless nights, mental anguish and Intentional Infliction of Emotional Distress and todays is Oct. 31, 2020. Such delay was the result of policies and staffing deficiencies at the jail. Wexford Health Source, Inc. and Kane County can either scan or fax a copy of a medical request also known as "Sick Call", to the dentist where a dental assistant at the clinic have sole responsibilities for reviewing forms and scheduling appointments. Due to the dentist not having a assistant or only being here two-three days out the week, these policies coupled with insufficient staffing and dental assistants' inability to diagnose and assess pain were the "moving force" behind my prolonged suffering and amounted to a

Page 2 of 8

a violation of my Eighth and Fourteenth Amendment Rights. Also the administrators at KCAIL have known about the delays for years. With regards to "deliberate indifference", the Seventh Circuit has held that "any abcess is serious" (which I have had over 6) "that any dentist knows that" and "that any minimally competent dentist knows that a patient has reported an abcess, also knows that if the patient needs prompt medical treatment". Dr. John Doe and R.N. Kunczerniak demostrates deliberate indifference by failing to treat me promptly, thus prolonging my pain, while knowing that I may well be in serious pain that is treatable. On Feb 25, 2020 Defendant Kunczerniak lied about me submitting a request for severe dental pain (Jan 8, 2020) which was outrageous, reckless, mere negligence, malicious and sadistically causing me to have mental breakdowns and cause self harm.

Page 3 of 8

Dr. John Doe was fully aware of the substantial risk of serious injury to me but nevertheless failed to take appropriate steps to protect me from a known danger. It was a total of "Forty-Nine" "days" passed between the day I first reported experiencing serious pain and me actually being seen by the dentist. Then my first scheduled "oral surgeries" visit was on Mar. 24, 2020 making it a total of "Seventy-three" "days" before. I was even scheduled to see the "oral surgeon." Due to the COVID-19 pandemic, this brought the Defendants more time causing another delay which is by far poor health care service being proved day in and day out. My next "oral surgeries" date was scheduled for June 23, 2020 now the total of days waited in excruciating pain is now "one hundred and ninety-three" "days". Only pain medication that was given for dental was only for seven days which

Page 4 of 8

I had to pay $300 for when needed. So basically I was not getting anything for pain from dental most of the "two hundred and ninety-three days". In my diable claim which I'm suffering from is objectively serious and that the team of dentist and dental assisstants failed to treat me, which is clearly deliberate indifference. Now I am still waiting to be seen by an oral surgeon as I write this claim. Defendant Kane County and Sheriff Ron Hain have known for years to date that due to the lack of funding there is no dental assistant or surgeon on premises. Defendants Kane County and Hain knew that detainees suffer prolonged dental pain because an oral surgeon is not available at KCAJC. As a result detainee such as myself requiring oral surgeries must be scheduled and transported to an outgoing hospital for treatment for at least one year.

Page 5 of 8

It has been common knowledge among administrators at KCAJC that detainees suffer unnecessarily because of the policy to delegate the schedule personnel responsibility to schedule oral surgery appointments. Still no one has taken correct measures to correct this policy which has caused detainees as myself to suffer unnecessary and gratuitous pain. By the dentist only being available two-three days per week is outrageous and negligent due to toothache happening almost if not everyday. These actions by Kane County and Hain are unexceptable and deliberately indifferent to a serious medical need. Wexford Health Source, Inc. is in collaboration with the Sheriff and is a necessary party in this action. For the reasons previously stated Wexford's and Kane County's policy or widespread practices relating to dental care were deliberately indifferent to Plaintiff's rights

Page 6 of 8

secured by both the Illinois constitution and the United States Constitution. Wexford is held accountable for being the sole health care provider for KCAJC, which was the moving force behind my prolonged dental pain. Due to the poor training and directing I missed my June 23, 2020 oral surgery due to me having to fast. I was not told that I was fasting for dental reasons so I continued to eat as I please which were, after 12a and 2a on the early morning of June 23, 2020. Medical staff knew that I state that I was not given any more blood pressure medication due to me having several test taken in a five month span. Again this was improper health instructions caused by affiliates of Wexford Health Source Inc. which is deliberate indifference to proper health care. As a result of Defendants negligence, Plaintiff tooth is decayed beyond repair and must be surgically removed by an oral surgeon. Plaintiffs

Page 7 of 8

tooth has caused substantial and unnecessary gratuitous pain, suffering, medical malpractice, medical expenses, impaired mastication, altered nutritions, hydration and dental prosthesis, also mental anguish and Intentional Infliction of Emotional Distress (IIED). For the reasons stated Plaintiff demands trial by jury in this instant claim for compensatory damages against Defendant Czerniak, Hain, Wexford Health Source Inc. and the unnamed Doctor (Defendant) at this time and that the cost of this action be taxed by Kane County. All Defendants are being sued in both individual and official capacities. Thank You.

## Prayer For Relief

I, the Plaintiff Randy Norwood prays that this Court properly and willfully grant my Request for Prayer For Relief, that I have sent to the Clerk Of Kane County. I pray that this Honorable Court excepts the fact that I am not able to pay the fees to proceed with this lawsuit claim. Thank you.

/S/ Randy Norwood